Certificate Number: 17082-PAE-DE-033019965

Bankruptcy Case Number: 19-13103



17082-PAE-DE-033019965

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 25, 2019, at 10:55 o'clock AM MST, TIFFANY A HUFFMAN completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   June 25, 2019              By:    /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director